MICHAEL A. PAINTER, Bar #43600
ISAACMAN, KAUFMAN & PAINTER
8484 Wilshire Boulevard, Suite 850
Beverly Hills, California 90211
(323) 782-7700 - Telephone
(323) 782-7744 - Facsimile
painter@ikplaw.com

Attorneys for Plaintiffs,
MURAD, INC., et al

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MURAD, INC., a California corporation; and HOWARD MURAD, an individual,

Plaintiffs,

vs.

FERROSAN, INC., a Texas corporation; DOES I - X, Inclusive,

Defendants.

CASE NO. CV08-02316-MMM(SSx)

FINAL JUDGMENT UPON CONSENT

**WHEREAS**, plaintiffs, MURAD, INC. and HOWARD MURAD, instituted this action against defendant, FERROSAN INC., by filing a Complaint for Trade-mark Infringement and False Designation of Origin; and

**WHEREAS**, HOWARD MURAD is the owner of Certificate of Trademark Registration No. 2,035,508 for the trademark INTERNAL SKINCARE covering

use of the trademark to designate vitamins and dietary food supplements, a copy of which is attached hereto as Exhibit 1; and

**WHEREAS**, defendant, FERROSAN INC., adopted and commenced use of the term INTERNAL SKINCARE to describe the oral skin care supplements industry which is alleged to infringe the plaintiff's trademark; and

**WHEREAS**, the parties hereto have reached an agreement settling this dispute and have stipulated to the entry of this Judgment. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. This Court shall retain jurisdiction over the subject matter and the parties hereto.

2. Plaintiff, HOWARD MURAD, is the owner of Federal Trademark Registration No. 2,035,508 for the mark INTERNAL SKINCARE. As between plaintiffs and defendant, the registration is valid and subsisting and plaintiff has trademark priority and is entitled to protection under the Lanham Act and related California unfair competition laws.

3. Without any admission of liability, FERROSAN INC., and its agents, employees, attorneys, affiliates, successors and all parties acting in concert or participation with them, or any of them, be and hereby are permanently enjoined and restrained from:

(a) From advertising, offering for sale, selling and/or promoting the sale of vitamins and dietary food supplements through the use of the trade-mark, INTERNAL SKINCARE which is likely to cause confusion with Plaintiffs' Trademark as shown in Exhibit 1 hereto;

(b) From committing any acts calculated to cause purchasers to believe defendant's vitamins and dietary food supplements are sold under the control and supervision of plaintiffs or sponsored or approved by or connected with or guaranteed by or produced under the control and supervision of plaintiffs.

4. Each party shall bear its own costs.

Dated:

HOWARD MURAD

MURAD, INC.

Dated:

By: ____________________

Title: ____________________

ISAACMAN, KAUFMAN & PAINTER

Dated:

By: ____________________
Michael A. Painter
Attorneys for Plaintiffs

FERROSAN INC.

Dated: May 5, 2008

By: ____________________

Title: Senior Director / Lars Jensen

BAKER BOTTS

Dated: May 5, 2008

By: ____________________
Valerie Verret
Attorneys for Defendant

4. Each party shall bear its own costs.

Dated: 5/2/08

HOWARD MURAD

MURAD, INC.

Dated: May 5, 2008

By: Richard S. Murad
Title: C.O.O.

ISAACMAN, KAUFMAN & PAINTER

Dated: May 5, 2008

By: Michael A. Painter
Attorneys for Plaintiffs

FERROSAN INC.

Dated:

By: ______________________
Title: ______________________

BAKER BOTTS

Dated:

By: Valerie Verret
Attorneys for Defendant

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

Reg. No. 2,035,508

United States Patent and Trademark Office

Registered Feb. 4, 1997

TRADEMARK
PRINCIPAL REGISTER

# INTERNAL SKINCARE

MURAD SKIN RESEARCH LABORATORIES, INC. (CALIFORNIA CORPORATION)
2121 ROSECRANS AVENUE, FIFTH FLOOR
EL SEGUNDO, CA 90245

FOR: VITAMINS AND DIETARY FOOD SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 5-3-1996; IN COMMERCE 5-3-1996.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SKINCARE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-063,054, FILED 2-26-1996.

JOHN MICHOS, EXAMINING ATTORNEY